# United States Court of Appeals
### For the Eighth Circuit

_____

No. 15-1002
_____

LaRonda Phox

*Plaintiff - Appellant*

v.

NCO Financial Systems, Inc.

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: May 18, 2015
Filed: May 21, 2015
[Unpublished]

_____

Before WOLLMAN, LOKEN, and BENTON, Circuit Judges.

_____

PER CURIAM.

LaRonda Phox appeals the district court's[1] adverse grant of summary judgment
in her pro se action under the Fair Credit Reporting Act and the Fair Debt Collection

_____

[1]The Honorable Greg Kays, Chief Judge, United States District Court for the
Western District of Missouri.

Practices Act. Upon a careful, de novo review of the record and consideration of the parties' arguments on appeal, we conclude that summary judgment was properly granted. See Menard, Inc. v. Dial-Columbus, LLC, 781 F.3d 993, 997 (8th Cir. 2015) (standard of review). Further, we decline to consider the new issues Phox raised for the first time in her appellate reply brief. See White v. Smith, 696 F.3d 740, 749 n.8 (8th Cir. 2012).

The judgment is affirmed. See 8th Cir. R. 47B.

_____